UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRACY D. DOBBS,

    Plaintiff,

v.

ADRIAN FEINERMAN, M.D.,

    Defendant.

Case No. 02-cv-564-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Stipulation of Dismissal (Doc. 40) pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) signed by all parties in this case. Rule 41(a)(1)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation. Therefore, the Court finds that the remaining claims this action are **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  June 22, 2006**

    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**