UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRACY D. DOBBS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADRIAN FEINERMAN, M.D., EUGENE MCADORY, MAVIS WITTENBORN, DAN OHLAU, ROGER COWAN and DONALD SNYDER<br><br>　　　　Defendants. | Case No. 02-cv-564-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some claims and the parties have stipulated to dismissal of others,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**DATED:  June 22, 2006**　　　　　　　　　　　　　　**NORBERT JAWORSKI**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**By:s/Deborah Agans,**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**


**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**